Strafford, }
May 5, 1914. }

## REBECCA M. POORE v. BOSTON & MAINE RAILROAD.

CASE, for personal injuries. Trial by jury and verdict for the defendants. Transferred from the September term, 1913, of the superior court by *Pike*, C. J.

Subject to exception, the defendants were permitted to cross-examine the plaintiff's husband as to whether he would make a claim against the defendants for loss of services and for money paid out for nursing and medical attendance if his wife recovered in this suit.

*Pierce & Galloway*, for the plaintiff.

*George T. Hughes, Leslie P. Snow*, and *Robert Doe*, for the defendants.

YOUNG, J. There is no special rule which excludes evidence like that admitted subject to exception; and as it was relevant to the issue of the witness' credibility, the exception to its admission raises no question of law. *Hoxie* v. *Walker*, 75 N. H. 308, 311, 312; *Kelland* v. *Company*, 75 N. H. 168, 170; *Curtice* v. *Dixon*, 74 N. H. 386, 397.

*Exception overruled.*

All concurred.